PEOPLE v HERRON. (Docket No. 58135.) Request for appointment of

counsel denied. Michael Herron, *in propria persona,* appellant. Case below, Court of Appeals No. 20155, per curiam opinion of January 9, 1976.